IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT FLETCHER, et al., ) | |
| ) | 7:05CV5024 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STATE OF NEBRASKA, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing nos. 69 and 70, the motions for an extension of time, filed by the defendants. The defendants request an extension of time in which to respond to the plaintiff's motion for summary judgment (filing no. 66). Defendants request a thirty day extension from the time the court rules upon the defendants' motions to dismiss (filing nos. 15, 40, 44-48, 50, and 59). Upon review of the record, I will grant the motion, and the defendants shall have 30 days from the date the court rules upon the motions to dismiss to respond to the plaintiff's motion for summary judgment.

SO ORDERED.

DATED this 15th day of May, 2006.

BY THE COURT:

____
s/F.A. GOSSETT
United States Magistrate Judge