IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:05CV5024 |
| vs. ) | |
| ) | ORDER |
| STATE OF NEBRASKA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    This matter is before the court on filing no. 78, the motion for leave to withdraw counsel, filed by the defendants. Filing no. 78 also seeks leave to substitute Frederick Coffman for Jennifer Tomka as counsel on record for the defendants.

    IT THEREFORE IS ORDERED that the motion for leave to withdraw (#78) is granted. The Clerk shall send Jennifer Tomka a copy of this order, and then remove her from the distribution list for this case. Frederick Coffman will now be the counsel on record for the defendants in this case.

    DATED this 16th day of June, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge