IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT FLETCHER, et al., | ) | |
| Plaintiffs, | ) | 7:05cv5024 |
| vs. | ) | |
| | ) | ORDER |
| STATE OF NEBRASKA, et al., | ) | |
| Defendants. | ) | |

Before the court are the following pending motions:

(1) Filing no. 73, Motion to Deny Dismissal of All Defendants. This motion is denied as moot pursuant to this court's order dated May 24, 2006, Filing no. 72.

(2) Filing no. 74, Motion to File and Recognize Complainant's First Amended Complaint. This motion is denied as moot pursuant to this court's order dated May 24, 2006, Filing no. 72.

(3) Filing no. 75, plaintiff's Objection to Order on Motion to Extend (Filing no. 71). This motion is denied as moot pursuant to this court's order dated May 24, 2006, Filing no. 72.

(4) Filing no. 84, the defendants McBride and City of Valentine's Motion to Dismiss First Amended Complaint. This motion is denied as moot pursuant to Filing no. 80, plaintiff's Second Amended Complaint.

SO ORDERED.

DATED this 11th day of July, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge