# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT FLETCHER,** | ) | |
| | ) | **7:05CV5024** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BROWN COUNTY, NEBRASKA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendants' motion (Filing No. 100) for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f). The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1. The defendants' motion (Filing No. 100) is granted as set forth below.

2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before September 18, 2006** regarding their discovery plan.

DATED this 15th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge