# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT FLETCHER,** | ) | |
| | ) | |
| Plaintiff, | ) | **7:05CV5024** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **BROWN COUNTY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon the plaintiff's Motion to Compel Answers to Discovery (Filing No. 124) and the defendants Cherry County, Nebraska, Eric Scott and Joe Kreycik's Motion to Extend Discovery Response Time (Filing No. 127).  The plaintiff seeks responses to Interrogatories and Requests for Production and states, through present counsel, that the defendants had agreed to provide responses, but such responses had not yet been served.  The defendants now seek a two-day extension of their deadline to respond.  Counsel for the defendants states communication with the defendants has been difficult due to inclement weather and the professional duties of the defendants.  **See** Filing No. 128 - Affidavit.  Under the circumstances, the court will grant the brief extension of time.  Upon consideration,

   **IT IS ORDERED:**

   1.   The plaintiff's Motion to Compel Answers to Discovery (Filing No. 124) is denied as moot.

   2.   The defendants' Motion to Extend Discovery Response Time (Filing No. 127) is granted.

   DATED this 17th day of January, 2007.

                                           BY THE COURT:

                                            s/Thomas D. Thalken
                                           United States Magistrate Judge