IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BROWN COUNTY, NEBRASKA, ) | |
| CHERRY COUNTY, NEBRASKA, ) | 7:05CV5024 |
| CITY OF VALENTINE, NEBRASKA, ) | |
| STEVE HAPNER, in his Official and ) | ORDER |
| Individual Capacities, ) | |
| ERIC SCOTT, in his Official and ) | |
| Individual Capacities, ) | |
| JOE KREYCIK, in his Official and ) | |
| Individual Capacities, ) | |
| ) | |
| Defendants. ) | |

On February 2, 2007, plaintiff filed Notices of Depositions (Filings 156, 157 and 158), commanding the attendance of the following persons to be deposed:

| | |
|---|---|
| Doug Stanton | February 12, 2007 at 9:00 a.m. |
| Prairie Walkling | February 12, 2007 at 1:00 p.m. |
| Aliene Clark | February 12, 2007 at 5:00 p.m |
| Benjamin McBride | February 13, 2007 at 9:00 a.m. |
| Melvin Christensen | February 13, 2007 at 1:00 p.m. |
| David Streich | February 20, 2007 at 9:00 a.m. |
| Eric Scott | February 20, 2007 at 1:00 p.m. |

Citing numerous defects and violations of Fed. R. Civ. P. 45, the defendants timely sought intervention by the court by filing the following motions:

171   Motion for Protective Order filed by Brown County, Steve Hapner, David Streich, Cherry County, Eric Scott and Joe Kreycik

175   Motion to Quash filed by deponent Doug Stanton

176   Motion to Quash filed by former defendant Benjamin McBride

177   Motion for Protective Order filed by Doug Stanton and Prairie Walkling

Expedited consideration of this matter is necessary due to the dates of the proposed depositions. I further find that discovery should be stayed pending the court's resolution of the defendants' motions and the plaintiff's pending discovery motions.

**IT IS ORDERED:**

1. Motions Nos. 171, 175, 176 and 177 are granted, in part, in that all depositions currently noticed are stayed and shall not be taken until further order of the court.

2. All discovery in this matter is stayed pending the court's ruling on the parties' existing discovery disputes.

**DATED February 9, 2007.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**